# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE CAULEY

NO. 2019 KW 1078

**OCT 1 8 2019**

In Re:   Willie Cauley, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 593185/6.

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the writ application to the district court for a ruling on relator's "motion to remove attorney of record." The original of the writ application will be forwarded to the district court clerk of court.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT